William I. Goldsmith, Stephen R. Goldsmith, Michael L. Goldsmith.
DOJ ACCOUNT C/O GOLDSMITH AND HULL A.P.C.
16933 PARTHENIA STREET SUITE 110
NORTHRIDGE, CA 91343
(818) 990-6600

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| U.S.A. | Plaintiff(s) | CASE NUMBER: 5:18-cv-02394-WDK-SP |
| v. LILLIAN MARTINEZ | Defendant(s) | Corrected PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (specify documents):
   - a. ☑ summons
     ☑ complaint
     ☐ alias summons
     ☑ other (specify): EXHIBIT 1; CERTIFICATION RE INTERESTED PARTIES; L389-USPS PROOF OF MAIL DELIVERY
     ☐ first amended complaint
     ☐ second amended complaint
     ☐ third amended complaint
     ☐ third party complaint
     ☐ counter claim
     ☐ cross claim

2. Person served:
   - a. ☑ Defendant (name:) LILLIAN MARTINEZ
   - b. ☐ Other (specify name and title or relationship to the party/business named):
   - c. ☑ Address where the papers were served: 3815 MAXON LN, Chino, CA 91710

3. Manner of Service in compliance with (the appropriate box must be checked):
   - a. ☑ Federal Rules of Civil Procedure
   - b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   - a. ☐ By Personal Service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
     1. ☐ Papers were served on (date): at (time):
   - b. ☑ By Substituted Service. By leaving copies: CYNTHIA DOE - CO-OCCUPANT
     Age: 35 Race: HISPANIC Sex: Female Height: 5'5" Weight: 220 Hair: BLACK
     1. ☑ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
     2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
     3. ☑ Papers were served on (date): 11/20/2018 at (time): 5:09 PM
     4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
     5. ☑ papers were mailed on Nov 21, 2018 - DECLARATION OF MAILING ATTACHED
     6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.
   - c. ☐ Mail and acknowledgment of service. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service.)

f. ☐ Service on a foreign corporation. In any manner prescribed for individuals by FRCP 4(f)

g. ☐ Certified or registered mail service. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ Other (specify code section and type of service):

5. Service upon the United States, and its Agencies, Corporations or Officers.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   MATTHEW POLAN
   Direct Legal Support, Inc.
   1541 Wilshire Blvd., Suite 550
   Los Angeles, CA 90017
   (213) 483-4900
   LA County Reg: 2015260036

   a. Fee for service: $ 95.50
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :349
      County: RIVERSIDE

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 29, 2018      MATTHEW POLAN                    _____
                             *Type or Print Server's Name*                *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)

| Attorney or Party without Attorney | | FOR COURT USE ONLY |
|---|---|---|
| William I. Goldsmith, Stephen R. Goldsmith, Michael L. Goldsmith.<br>DOJ ACCOUNT C/O GOLDSMITH AND HULL A.P.C.<br>16933 PARTHENIA STREET SUITE 110<br>NORTHRIDGE, CA 91343<br>TELEPHONE No (818) 990-6600    FAX No (Optional)    E-MAIL ADDRESS (Optional)<br>Attorney for Plaintiff | | |
| | Ref No or File No<br>585117 | |

| Insert name of Court and Judicial District and Branch Court |
|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA |

Plaintiff: USA

Defendant: LILLIAN MARTINEZ

| PROOF OF SERVICE BY MAIL | HEARING DATE | TIME | DEPT | CASE NUMBER |
|---|---|---|---|---|
| | | | | 5:18-cv-02394-WDK-SP |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the summons; complaint; EXHIBIT 1;CERTIFICATION RE INTERESTED PARTIES;L389-USPS PROOF OF MAIL DELIVERY;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:      November 21, 2018
   b. Place of Mailing:     LOS ANGELES, CA
   c. Addressed as follows: LILLIAN MARTINEZ
                            3815 MAXON LN
                            Chino, CA 91710

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: $ 95.50
Direct Legal Support, Inc.
1541 Wilshire Blvd., Suite 550
Los Angeles, CA 90017
(213) 483-4900
Ref: 585117

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 29, 2018.

Signature: _____
MADLEN ARAKELYAN

Case 5:18-cv-02394-WDK-SP Document 6 Filed 11/14/18 Page 1 of 1 Page ID #:20
Case 5:18-cv-02394-WDK-SP Document 10 Filed 02/08/19 Page 4 of 4 Page ID #:63

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> LILLIAN MARTINEZ <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:18-cv-2394 -WDK (SPx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LILLIAN MARTINEZ

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen R. Goldsmith
GOLDSMITH & HULL, A P.C.
16933 PARTHENIA STREET, SUITE 110
NORTHRIDGE, CA 91343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/14/2018

*Signature of Clerk or Deputy Clerk*